129 F.3d 1255
 Walter D. Kirkland
v.
York County Board of Elections, Karen Hoyt-Stewart, Director
of York County Board of Elections, as a Class Action
Representatives, Robert A. Minnich, Commissioner, Shirley
Glass, Commissioner, Christopher Reilly, Commissioner,
Edward Lecates, as his Role as a Solicitor for York County
Board of Elections, Penny Blackwell, as Member of York
County Board of Elections, Michael Bortner, as Member of
York County Board of Elections, Michael Gingerich, as
 NO. 97-7240
 United States Court of Appeals,
Third Circuit.
 Sept 23, 1997
 Appeal From: M.D.Pa. ,No.95cv01553
 
 1
 Affirmed.